No. 889. SCOTT DILLINGHAM *v.* UNITED STATES. March 8, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.

*Mr. T. Pope Shepherd* for petitioner. *Solicitor General Mitchell, Assistant Attorney General Luhring,* and *Mr. Harry S. Ridgely* for the United States.